UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
MAY 2 6 2011
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

DOMINGO RODRIGUEZ-MEDEROS
  a/k/a "Mingo"
JESUS TIJERINA GARZA
  a/k/a "Guero"
GARIBALDI PEREZ SOLORIO
  a/k/a "Gari"
JUAN PABLO LIZARAZO
CASEY KEITH SHULER
NATHANIEL SHERARD SHULER

CASE NO.  3:11-cr- 138-J-25JRK
Ct. 1:    21 U.S.C. §§ 841(a)(1),
           841(b)(1)(A), 841(b)(1)(B),
           and 846
Forfeiture:  21 U.S.C. § 853

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

From in or about 2007 through in or about late 2010, at Duval and Marion

Counties, in the Middle District of Florida, Southern Georgia, Guerrero, Mexico, and

elsewhere,

DOMINGO RODRIGUEZ-MEDEROS,
a/k/a "Mingo",
JESUS TIJERINA GARZA,
a/k/a "Guero",
GARIBALDI PEREZ SOLORIO,
a/k/a "Gari",
JUAN PABLO LIZARAZO,
CASEY KEITH SHULER,
NATHANIEL SHERARD SHULER,

the defendants herein, did knowingly, willfully and intentionally combine, conspire,

confederate and agree with each other and with other persons who are known

and unknown to the grand jury, to distribute cocaine, a Schedule II controlled

substance, the amount of cocaine being five (5) kilograms or more, and marihuana, a

Schedule I controlled substance, the amount of marihuana being one hundred (100)

kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(A) and 841(b)(1)(B).

It was part of the conspiracy that the defendants would perform acts and make

statements to hide and conceal and cause to be hidden and concealed the purpose of

the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURES

1.     The allegations contained in Count One of this Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant

to Title 21, United States Code, Section 853.

2.     Pursuant to Title 21, United States Code, Section 853, upon conviction of

an offense in violation of Title 21, United States Code, Section 841, punishable by

imprisonment for more than one year, the defendants,

DOMINGO RODRIGUEZ-MEDEROS,
a/k/a "Mingo",
JESUS TIJERINA GARZA,
a/k/a "Guero",
GARIBALDI PEREZ SOLORIO,
a/k/a "Gari",
JUAN PABLO LIZARAZO,
CASEY KEITH SHULER,
NATHANIEL SHERARD SHULER,

shall forfeit to the United States of America any property constituting, or derived from,

any proceeds obtained, directly or indirectly, as the result of such offense and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

       3.     If any of the property described above, as a result of any act or omission of the defendants:

         a.     cannot be located upon the exercise of due diligence;

         b.     has been transferred or sold to, or deposited with, a third party;

         c.     has been placed beyond the jurisdiction of the court;

         d.     has been substantially diminished in value; or

         e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL,

_Carolyn Fox_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
A. TYSEN DUVA
Assistant United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

3

# UNITED STATES DISTRICT COURT

### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

**DOMINGO RODRIGUEZ-MEDEROS**
a/k/a "Mingo"
**JESUS TIJERINA GARZA**
a/k/a "Guero"
**GARIBALDI PEREZ SOLORIO**
a/k/a "Gari"
**JUAN PABLO LIZARAZO**
**CASEY KEITH SHULER**
**NATHANIEL SHERARD SHULER**

## INDICTMENT

Violations:

Count 1:  21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846

A true bill,

_Carolyn Fox_
Foreperson

Filed in open court this _26th_ day

of May, 2011.

_____
Clerk

Bail $_____